ACCEPTED
06-14-00086-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/6/2015 3:41:55 PM
DEBBIE AUTREY
CLERK

No. 06-14-00086-CV

In The

# Sixth Court of Appeals

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/6/2015 3:41:55 PM
DEBBIE AUTREY
_____Clerk

Texarkana, Texas

**Faye Comte & Laura Severt,**

Appellants,

v.

**Smith County Commissioner's Court,**

**Joel Baker, Cary Nix, Jeff Warr,**

**Joann Hampton & Terry Phillips**

Appellees.

On Appeal from the 241st District Court
of Smith County, Texas
Trial Cause No. 13-2492-C

## COUNSEL FOR APPELLANTS' MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL

**Brandon Beck**
State Bar No. 24082671
Starr Schoenbrun Comte
McGuire PLLC
110 N. College Ave., Suite 1700
Tyler, TX 75702
*Appellate Counsel*

**TO THE SIXTH COURT OF APPEALS:**

Now comes Brandon Beck and, pursuant to Texas Rule of Appellate Procedure 6.5(d), files this Motion to Withdraw and to Substitute Counsel. There is good cause for this Court to grant the Motion to Withdraw because Brandon Beck is departing from his firm and moving to

1

Lubbock, Texas, where he has accepted a position that prohibits him from engaging in the private practice of law. Laura Severt will be substituted as lead counsel for Appellants. Her information is as follows:

> Laura Severt
> Texas Bar No. 24051886
> J. Bennett White, P.C.
> 1011 Pruitt Place
> Tyler, TX 75703
> 903.597.4300
> 903.597.4330 (fax)
> lsevert@jbwlawfirm.com

Both Appellants approve the withdrawal and substitution, which are not being done to delay this case.

## PRAYER

For these reasons, Brandon Beck asks this Court to grant his Motion to Withdraw and substitute Laura Severt as lead counsel for Appellants.

Respectfully submitted,

**Starr Schoenbrun Comte McGuire, PLLC**
110 N. College Ave., Suite 1700
Tyler, Texas 75701
Telephone: 903-534-0200
Fax: 903-534-0511

**/s/ Brandon Beck**
Brandon Beck
State Bar No: 24082671
*Attorney for Appellants*

**Agreed:** **/s/ Laura Severt**
Laura Severt
*Appellant and Substitute Counsel*

**Agreed:** **/s/ Faye Comte**
Faye Comte
*Appellant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on January 6, 2014, to all interested parties, as set forth below:

**Robert Davis**                                                                                    **By Fax**
Flowers Davis, PLLC
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 (fax)
*Attorney for Appellees*

**Laura Severt**                                                                                    **By Mail**
Texas Bar No. 24082655
J. Bennett White, P.C.
1011 Pruitt Place
Tyler, TX 75703
903.597.4300
903.597.4330 (fax)
*Appellant and Substitute Counsel*

**Faye Comte**                                                                          **By Hand Delivery**
Starr Schoenbrun Comte McGuire, PLLC
110 N. College Ave., Suite 1700
Tyler, Texas 75701
Telephone: 903-534-0200
Fax: 903-534-0511
*Appellant*

/s/ **Brandon Beck**
Brandon Beck